**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7855**

---

RODNEY VICTOR HARRIS,

Plaintiff - Appellant,

versus

BETTY SPEARS, Social Services Worker of the
Social Services Department of Pembroke,
Virginia; SOCIAL SERVICES DEPARTMENT OF
PEMBROKE, VIRGINIA,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior District
Judge. (CA-03-562-7)

---

Submitted: March 11, 2004          Decided: March 18, 2004

---

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Rodney Victor Harris, Appellant Pro Se.   Jim Harold Guynn, Jr.,
GUYNN, MEMMER & DILLON, P.C., Roanoke, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney Victor Harris appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Harris's motions to stay and to submit circuit court transcripts and all motions set forth therein, and we dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Harris v. Spears</u>, No. CA-03-562-7 (W.D. Va. Nov. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>